IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TINA BURTON**                                                                                                          **PLAINTIFF**

v.                                    **Case No. 4:13-cv-00073 KGB**

**WARTSILA CORPORATION,** *et al*.                                                         **DEFENDANTS**

## ORDER

In accordance with the parties' stipulation of voluntary dismissal and this Court's previous Order, issued on January 20, 2016, this case is dismissed with prejudice (Dkt. Nos. 143, 144). As this case has settled, it is removed from the trial calendar for the week of February 22, 2016.

So ordered this 1st day of February, 2016.

_____
Kristine G. Baker
United States District Judge